# Exhibit A

## *Moon, Wright & Houston, PLLC*

121 West Trade Street Suite 1950
Charlotte, NC 28202

Ph:704-944-6560     Fax:704-944-0380

September 6, 2019

Radford Quarries, Inc.
PO Box 2071
Boone, NC  28607

Client number     10417-001
Inv #:     5588

**Attention:**   D. J. Cecile

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-26-19 | Electronically filed and served certificate of service, notice of hearing, motion and order to shorten notice, motion to enforce, motion for authority (.50) | 0.50 | 75.00 | AM |
| Jul-28-19 | Exchange emails with client regarding post-petition operations (.2). | 0.20 | 56.00 | CB |
| Jul-29-19 | Review email from client regarding operational issues (.1); email from Caterpillar counsel regarding repossession issues (.1); call with Caterpillar counsel regarding same (.2); conference with CB regarding potential resolution of same (.2). | 0.60 | 315.00 | RSW |
| | Telephone call with Waller re: Texas litigation (.2); review email from Waller regarding Texas litigation (.1); review pleadings in Texas litigation (.5); review loan documents from client (.1); telephone call with client regarding equipment (.4); conference with RSW regarding first day motions (.2); draft email to RSW regarding first day motions (.1); email client regarding propose CAT settlement (.2); telephone call with client regarding equipment and lease issues (.4); email RSW regarding CAT equipment (.1). | 2.30 | 644.00 | CB |
| | Printed out UCC information (.20) | 0.20 | 30.00 | AM |
| Jul-30-19 | Emails from CB and client regarding first day motions (.2); emails with Harden regarding same (.3); related call with Harden (.3); | 2.10 | 1,102.50 | RSW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | research regarding issues raised by Harden (.5); conference with CB regarding lien research (.4); research regarding Mine Act questions (.3); email from L. Martin regarding First Tennessee collateral (.1). | | | |
| | Email client regarding hearing and insurance and payroll reports (.3); email AM regarding calendaring (.1); review email from client regarding insurance (.1); review payroll reports (.2); review emails between RSW and CAT (.1); review and analyze CAT lien issues (1.4); hearing preparation (.4); telephone call with client regarding hearing (.2); review and analyze issues regarding liens (.5); conference with RSW regarding first day motion hearing and plan issues (1.3). | 4.60 | 1,288.00 | CB |
| Jul-31-19 | Conference with CB and client regarding equipment loans and related issues (.6); call with client regarding plan questions (.3); followup emails with Harden regarding equipment returns and related issues (.3). | 1.20 | 630.00 | RSW |
| | Hearing preparation (.5); attend first day hearing (.8); meet with client regarding schedules and assets (.9); draft first day orders (.6); conference with client regarding assets and post-petition operations (.4); review and analyze issues related to collateral valuation (.9). | 4.10 | 1,148.00 | CB |
| | Attend first day hearings (.3) | 0.00 | 0.00 | DCH |
| Aug-01-19 | Call with C. Livermon regarding conflict issues (.2); emails with Harden regarding adequate protection and equipment return matters (.2); related call (.2); emails with client regarding same (.1); conference with CB regarding lease issues (.3); review drafts of first day orders (.1); email with BA regarding intake call (.1). | 1.20 | 630.00 | RSW |
| | Telephone call with MSHA (.1); Review and analyze lease issues (1.1); email client regarding leases (.1); review email regarding repossessed property (.1); conference with RSW regarding repossessed property (.3); exchange multiple emails with client regarding repossession and leases (.3); telephone calls with client regarding repossessed property (.4); draft motion to assume leases (.8); review | 5.10 | 1,428.00 | CB |

| Date | Description | Hours | Amount | Attorney |
|---|---|---|---|---|
| | and analyze issues related to leases (1.5); telephone call with client regarding leases (.2); email Bankruptcy Administrator and CAT regarding first day motions (.2). | | | |
| Aug-02-19 | Email with Harden regarding adequate protection order (.1); email with court regarding same (.1); review and edit related order (.2); review and edit retention application (.2); review PNC correspondence (.1). | 0.70 | 367.50 | RSW |
| | Email client regarding Bankruptcy Administrator intake call (.1); telephone call with Southern Machinery (.2); conference with SLM regarding schedule preparation (.2); telephone call with MSHA (.1); draft consent order regarding CAT adequate protection (1.0); review and analyze issues related to potential bankruptcy plan (.4); update draft consent order (.1). | 2.10 | 588.00 | CB |
| | Drafted retention application (.30); Drafted affidavit of Richard Wright (.20) | 0.50 | 75.00 | AM |
| | Uploaded proposed order on authorizing debtor to net payroll pre petition payroll and order on authorizing maintenance of bank accounts (.10) | 0.10 | 15.00 | AM |
| Aug-03-19 | Update CAT consent order and circulate (.1); telephone call with client regarding MacQuarie (.2); review claim and delivery notice (.1); telephone call with Baker Donelson regarding MacQuarie (.1); draft stay letter to MacQuarie (.5); work on bankruptcy schedules (.2); draft motion to extend time to file schedules (.2); conference with AM regarding CAT order and MacQuarie letter (.3); work on plan matters (2.6); telephone call with client regarding various issues (.1); draft email to Bankruptcy Administrator regarding intake call (.1). | 4.50 | 1,260.00 | CB |
| Aug-05-19 | Email from CB regarding Caterpillar order (.1); conference with CB regarding plan issues (.3). | 0.40 | 210.00 | RSW |
| | Uploaded proposed order for motoin to enforce the automatic stay (.10) | 0.10 | 15.00 | AM |
| Aug-06-19 | Email from SLM regarding retention application (.1); email from Texas counsel | 0.90 | 472.50 | RSW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | regarding appellate litigation (.2); email from CB regarding MHSA issue (.2); call with client regarding plan issues (.4); email with Livermon regarding conflict issue (.0). | | | |
| | Telephone call with MSHA (.2); review MSHA documents and email same to cline (.2); telephone call with client regarding schedules (.3); call with client regarding loan documents (.1); email client copy of operating order (.1); review and analyze plan issues (.2). | 1.10 | 308.00 | CB |
| | Drafted order authorizing employment of MWH (.10) | 0.10 | 15.00 | AM |
| Aug-07-19 | Email with client regarding creditor conflict issues (.0); conference with CB regarding MSHA communications (.3); review insurance information and email from BA regarding same (.3); conference with CB regarding intake call (.2). | 0.80 | 420.00 | RSW |
| | Email with BA regarding insurance (.1); call with client regarding MacQuarie levy (.1); call with Watagua County Sheriff regarding MacQuarie claim and delivery (.1); draft letter to Watagua County Sheriff regarding bankruptcy (.5); telephone call with client regarding claim and delivery (.1); review documents from client regarding MacQuarie debt (.3); conference with RSW regarding correspondence with Watagua County Sheriff (.2); exchange emails with BA regarding intake call (.1); exchange emails with client regarding intake call (.1); telephone call with MSHA regarding claims (.5); review insurance policies and exchange email with BA regarding same (.4). | 2.50 | 700.00 | CB |
| Aug-08-19 | Email from client regarding plan (.1); intake call with BA (.4). | 0.50 | 262.50 | RSW |
| | Review documents from client (1.3); telephone call with client regarding various issues (.3); conference with RSW regarding Poyner Spruill claim (.1) draft notices of bankruptcy related to state court litigation (.5); exchange emails with client regarding claims (.2); draft notice of bankruptcy and send to MacQuarie Corporation (.3); intake telephone call with bankruptcy administrator (.4); email client regarding documents requested by BA (.1); | 3.70 | 1,036.00 | CB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | prepare motion to extend deadline for schedules (.3); draft enclosure letter to MacQuarie counsel (.1); send copies of notice of bankruptcy to client (.1). | | | |
| | Electronically filed motion for extension of time and uploaded proposed order (.10) | 0.10 | 15.00 | AM |
| | Prepared letters to Clerk of Court for two seperate stay of bankruptcy filings; mailed out (.30) | 0.30 | 45.00 | AM |
| Aug-09-19 | Emails with client regarding plan issues (.2); edit retention application (.2); email to client regarding same (.1). | 0.50 | 262.50 | RSW |
| | Review emails from client regarding potential financing (.2); review and analyze issues related to potential financing (.4); draft motion for authority to pay insider salaries (.2); conference with RSW regarding motion for insider salaries (.2). | 1.00 | 280.00 | CB |
| Aug-12-19 | Call with creditor counsel regarding case status and plan issues (.5). | 0.50 | 262.50 | RSW |
| | Draft motion to pay insider salaries (.6). | 0.60 | 168.00 | CB |
| Aug-13-19 | Followup call with creditor counsel regarding case status (.4); email with client regarding related questions (.1). | 0.50 | 262.50 | RSW |
| | Telephone call with MacQuarie counsel (.1); e-mail to client regarding business operations and retention application (.2). | 0.30 | 84.00 | CB |
| | Conference with CB re: loan issues and followup research re: same (.4); Conference with RSW re: same (.1) | 0.50 | 140.00 | DCH |
| Aug-14-19 | Calls with client regarding plan issues (.6); email with C. Livermon regarding conflict issue (.0); review utility motion draft (.2); email with First Tennessee counsel regarding appraisal (.1); email to client regarding adequate protection payment (.1). | 1.00 | 525.00 | RSW |
| | Review emails from client regarding schedules (.1); review and analyze issues related to leases (.2); telephone call with client regarding possible financing agreement (.5); draft email to client regarding utilities (.2); exchange emails with client regarding appraisal requests; | 2.40 | 672.00 | CB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | daily operations; and bank accounts (.4); review and analyze issues related to collateral (.3); telephone call with client regarding various issues and conference with RSW regarding same (.6); email client regarding schedules (.1). | | | |
| Aug-15-19 | Emails with client regarding adequate protection payment (.1). | 0.10 | 52.50 | RSW |
| | Review and analyze issues related to motions (.3); draft motion to pay insider salaries (.8). | 1.10 | 308.00 | CB |
| Aug-19-19 | Email from PNC counsel regarding adequate protection proposal (.2); email from CB regarding analysis of same (.1); review information for schedules (.3); conference with CB regarding same (.3). | 0.90 | 472.50 | RSW |
| | Review email from client regarding PNC loan and review loan documents (.6); review emails from client regarding various issues (.2); review documents from client related to PNC loans (.2); review information from client regarding schedules and draft schedules (1.0). | 2.00 | 560.00 | CB |
| Aug-20-19 | Conference with CB regarding schedules and related information (.3). | 0.30 | 157.50 | RSW |
| | Telephone call with MSHA (.1); Review documents and prepare schedules (1.4); email client regarding schedules (.1); telephone call with client regarding schedules (.7). | 2.30 | 644.00 | CB |
| | Drafted schedules and statement of financial affairs (1.20) | 1.20 | 180.00 | AM |
| | Redacted bank statements and tax returns (.80) | 0.80 | 120.00 | AM |
| Aug-21-19 | Conferences with CB regarding schedules and motion questions (.3); related emails from CB and client (.3). | 0.60 | 315.00 | RSW |
| | Conference with RSW regarding utilities (.3); review documents and conference with AM regarding schedules (.6); review documents and prepare schedules (3.0); emails to client regarding schedules and utilities (.4); telephone call with MSHA (.1). | 4.40 | 1,232.00 | CB |
| | Worked on schedules and statement of financial affairs (1.80) | 1.80 | 270.00 | AM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-22-19 | Email from client regarding information for schedules (.1); related email from CB (.1); conference with CB regarding schedules, potential avoidance actions (.4); call with client regarding plan issues and questions (.4); related emails (.2); email from Edwards regarding PNC claim (.1). | 1.30 | 682.50 | RSW |
| | Review emails from client regarding schedules (.3); review documents and prepare schedules (3.2). | 3.50 | 980.00 | CB |
| | Input information for the schedules; search for public records; email client (1.90) | 1.90 | 285.00 | AM |
| Aug-23-19 | Conferences with CB regarding preparation of schedules (.6); review and comment on schedules (1.0); conference with CB regarding listings of secured and unsecured creditors (.3); review related emails from CB and client (.2); conference with AM regarding filing of schedules (.2); email with Edwards regarding PNC claim (.1). | 2.40 | 1,260.00 | RSW |
| | Exchange emails with client regarding schedules (.4); telephone calls with client regarding schedules (.3); exchange emails with SLM and AM regarding schedule preparation (.2); review documents related to schedules (1.6); prepared schedules (2.1). | 4.60 | 1,288.00 | CB |
| | Entered lease information into the schedules and work on correcting all information (1.40) | 1.40 | 210.00 | AM |
| | Electronically filed motion to employ attorney with declaration; uploaded proposed order (.10) | 0.10 | 15.00 | AM |
| Aug-25-19 | Review emails from client regarding lien and disclosure questions (.2). | 0.20 | 105.00 | RSW |
| Aug-26-19 | Conference with CB regarding lien email from client (.3); review docket for info to respond (.2); email with client regarding equipment (.1). | 0.60 | 315.00 | RSW |
| | Telephone call with client regarding various lien issues (.5). | 0.50 | 140.00 | CB |
| | Updated creditor matrix; uploaded documents to Bankruptcy administrator (.40) | 0.40 | 60.00 | AM |
| Aug-27-19 | Analyze PNC payment issues (.3); email to client regarding same (.1); followup call | 1.00 | 525.00 | RSW |

| Date | Description | Hours | Amount | Atty |
|---|---|---:|---:|---|
| | regarding same with client (.2); email to PNC counsel regarding same (.1); review draft of salary motion (.2); related email correspondence with CB and client (.1). | | | |
| | Review PNC claims and exchange emails with client regarding same (.3); telephone call with client and RSW regarding PNC claims and request for adequate protection payments (.2). | 0.50 | 140.00 | CB |
| Aug-28-19 | Emails from CB and client regarding compensation motion and adequate protection questions (.2). | 0.20 | 105.00 | RSW |
| | Exchange emails with client regarding insider salaries (.1); email client regarding leases (.1); review property records and update list of leases (.8); update motion to enter leases (.1); conference with AM regarding monthly reports (.2); email client regarding monthly reports (.3); email CAT regarding adequate protection payments (.1); review and analyze issues related to Rule 2015.3 Report and begin drafting report (1.0). | 2.70 | 756.00 | CB |
| | Uploaded documents to Bankruptcy Administrator (.10) | 0.10 | 15.00 | AM |
| Aug-29-19 | Emails from CB and client regarding appraisal issues (.2). | 0.20 | 105.00 | RSW |
| Aug-30-19 | Email from Poyner regarding withdrawal motion (.1); email from CB regarding same (.1). | 0.20 | 105.00 | RSW |
| | Telephone call with Poyner Spruill regarding state court representation (.1); review Capital Bank claim (.1); telephone call with MSHA and draft notice of bankruptcy email (.5); review consent to withdrawal order and email with Poyner regarding same (.2); review issues related to creditor matrix (.3).. | 1.20 | 336.00 | CB |
| | Prepared notice of amendment to credit matrix (.30) | 0.30 | 45.00 | AM |
| | Totals | 86.60 | $27,591.50 | |

**DISBURSEMENTS**

| Date | Description | | Amount |
|---|---|---|---:|
| Jul-26-19 | Filing Fee | | 1,717.00 |
| Jul-31-19 | Lexis Research | | 132.95 |

| Date | Description | Amount |
|---|---|---|
| Aug-23-19 | Meals | 16.89 |
| Aug-31-19 | Postage | 4.95 |
| | Lexis Research | 86.65 |
| | Copies | 3.20 |
| | Totals | $1,961.64 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$29,553.14** |
| Previous Balance | 6,203.36 |
| Previous Payments | 5,000.00 |
| **Balance Now Due** | **$30,756.50** |

We appreciate the opportunity to serve you.  Payment is due upon receipt.