FILED & JUDGMENT ENTERED
Steven T. Salata

October 17 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RADFORD QUARRIES, INC.,** | ) | Case No. 19-50454 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZNG DEBTOR TO ENTER INTO REAL PROPERTY LEASES**

This cause came before the Court on October 4, 2019 for hearing on the motion ("Motion") of Radford Quarries, Inc. (the "Debtor") requesting the entry of an order authorizing the Debtor to enter real property leases pursuant to sections 105 and 363 of the Bankruptcy Code. [Doc. 42]. Richard S. Wright, Esq. appeared for the Debtor, and Alexandria P. Kenny, Esq. appeared on behalf of the United States Bankruptcy Administrator for the Western District of North Carolina. Based upon a review of the record, the evidence presented, and the statements of counsel, and for the reasons stated on the record, the Court finds and concludes that the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors, and good cause exists to grant the Motion.

MWH: 10417.001; 00021323.1

**THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that:**

1. The Motion is granted;

2. The Debtor is authorized to enter into written, post-petition leases of the following properties: (1) 30 acres in Glendale Springs, NC bearing parcel numbers 12342040 and 1234188001 owned by Perry Farms, LLC; (2) 28 acres located at 5946 Bamboo Road in Boone, North Carolina owned by Radford Properties, Inc.; and (3) 32 acres in Glendale Springs, North Carolina bearing parcel number 12342016 owned by Radford Properties, Inc.;

3. The Court further authorizes the Debtor to remit all lease payments directly to Highlands Union Bank as required by any assignment of leases and rents covering the applicable leased properties;

4. The Debtor shall have the right to cancel any lease it enters into pursuant to this Order upon providing written notice to the applicable property owner thirty (30) days prior to such cancellation; and

5. The Court shall retain jurisdiction over the implementation, interpretation, and enforcement of this Order.

| | |
|---|---|
| *This Order has been signed electronically.*<br>*The Judge's signature and Court's seal*<br>*appear at the top of this Order.* | *United States Bankruptcy Court* |