# EXHIBIT C

Radford Quarries, Inc.—Hypothetical Liquidation Analysis
(Based on Values as of 09/30/19)

|  | Gross | % Realizable | Amount Realizable |
|---|---|---|---|
| Net Cash/Cash Equivalents | $5,060 | 100% | $5,060 |
| Net Accounts Receivable | $62,828 | 50% | $31,414 |
| Fixed Assets |  |  |  |
|    Encumbered Equipment | $1,066,680 | 50% | $533,340 |
|    Unencumbered Equipment | $430,000 | 50% | $215,000 |
|    Real Estate | $1,002,600 | 70% | $701,820 |
|  |  |  |  |
| **Total realizable assets** |  |  | **$1,486,634** |
|  |  |  |  |
| Less: Secured portion of secured debt |  |  | ($1,235,160) |
|  |  |  |  |
| **Net assets** |  |  | **$251,474** |
|  |  |  |  |
| Less: Liquidation costs (statutory trustee commission, brokerage fees) |  |  | ($214,215) |
|  |  |  |  |
| Less: Chapter 7 administrative fees |  |  | ($10,000) |
|  |  |  |  |
| Less: Chapter 11 administrative claims |  |  | ($35,000) |
|  |  |  |  |
| **Net available for distribution to priority unsecured creditors** |  |  | **($7,741)** |
|  |  |  |  |
| Less: Priority unsecured claims |  |  | ($42,240) |
|  |  |  |  |
| **Net available for distribution to general unsecured creditors** |  |  | **($49,981)** |
|  |  |  |  |
| Less: All allowed general unsecured claims |  |  | ($947,293) |
|  |  |  |  |
| **Total available after unsecured liabilities** |  |  | **$0** |